No. 41. CHOCTAW NATION ET AL. *v.* OKLAHOMA ET AL.; and

No. 59. CHEROKEE NATION OR TRIBE OF INDIANS IN OKLAHOMA *v.* OKLAHOMA ET AL. [Certiorari granted, 394 U. S. 972.] Motion of Wilkinson, Cragun & Barker for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 20 minutes allotted for that purpose. Twenty additional minutes allotted to counsel for respondents. *Charles A. Hobbs* for Wilkinson, Cragun & Barker on its motion in both cases. *J. D. McLaughlin* for petitioners in No. 41 and *Peyton Ford* for petitioner in No. 59 in opposition. *Solicitor General Griswold* on his motion in both cases.

No. 50. NORTH CAROLINA *v.* ALFORD. Appeal from C. A. 4th Cir. [Probable jurisdiction noted, 394 U. S. 956]; and

No. 268. PARKER *v.* NORTH CAROLINA. Ct. App. N. C. [Certiorari granted, 395 U. S. 974.] Motion of Albert Bobby Childs et al. for leave to file a brief as *amici curiae* granted. *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Norman C. Amaker, Charles Stephen Ralston,* and *Anthony G. Amsterdam* on the motion in both cases.

No. 53. BAIRD *v.* STATE BAR OF ARIZONA. Sup. Ct. Ariz. [Certiorari granted, 394 U. S. 957.] Motion of Peter D. Baird for leave to argue *pro hac vice* granted. *John P. Frank* on the motion.

No. 265. BODDIE ET AL. *v.* CONNECTICUT ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, 395 U. S. 974.] Motion of Center on Social Welfare Policy and Law et al. for leave to file a brief as *amici curiae* granted.